[No. 9009-7-I.   Division One.   March 8, 1982.]

GALE MUGHMAW, *Respondent,* v. GEORGE WHEELOCH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 833306, Frank H. Roberts, Jr., J., entered June 3, 1980. *Reversed* by unpublished opinion per Ringold, J., concurred in by James, J., Williams, J., dissenting.

[No. 9114-0-I.   Division One.   March 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY QUENTIN JACKSON, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 80-1-00597-5, 80-1-00020-5, Peter K. Steere, J., entered July 14, 1980. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Durham, J., Ringold, J., dissenting.

[No. 9510-2-I.   Division One.   March 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW MARK DOME, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-02094-0, Lee Kraft, J., entered October 30, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by James and Swanson, JJ.